# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 2007-24 |
| v. ) | |
| ) | |
| ALPHONSO BOYD ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

FINCH, J.

THIS MATTER comes before the Court on the government's Motion to Continue sentencing of Defendant Alphonso Boyd.  Sentencing is scheduled to take place on August 21, 2008.  After careful consideration and being duly advised in the premises, it is hereby

**ORDERED** that the government's Motion to Continue sentencing of Defendant Alphonso Boyd is **GRANTED**.  It is further

**ORDERED** that the sentencing of Defendant Alphonso Boyd will take place on September 19, 2008 at 10:30 a.m.

**ENTERED this 20th day of August, 2008.**

                                                      /s/_____
                                      **HONORABLE RAYMOND L. FINCH**
                                      **U.S. DISTRICT JUDGE**

.

Case: 1:07-cr-00024-RLF Document #: 50 Filed: 08/20/08 Page 2 of 2

2